**PETER E. BRIXIE, S.B.#124186**
**Attorney at Law**
**410 Twelfth Street, Suite One**
**Sacramento, CA 95814**
**Telephone: (916) 658-1880**
**Facsimile: (916) 658-1884**

**Attorney for DANIEL MICSA**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL MICSA,<br><br>                          Plaintiff,<br><br>vs.<br><br>Michael J. Astrue,<br>Commissioner of Social Security,<br><br>                          Defendant. | CASE NO.:   2:06-CV-2832-DAD<br><br>Stipulation and Order Settling Attorney's Fee Pursuant to the Equal Access to Justice Act (EAJA) |

IT IS HEREBY STIPULATED by and between the parties, through their undersigned attorneys, subject to the approval of the Court, that Plaintiff's counsel, as Plaintiff's assignee, be awarded attorney fees under the Equal Access to Justice Act (EAJA) in the amount of two thousand four hundred dollars and zero cents ($2400.00).  This amount represents compensation for all legal services rendered on behalf of Plaintiff by counsel in connection with this civil action, in accordance with 28 U.S.C. 2412 (d).

This stipulation constitutes a compromise settlement of Plaintiff's request for EAJA attorney fees, and does not constitute an admission of liability on the part of Defendant under the EAJA. Payment of two thousand four hundred dollars and zero cents ($2400.00) in EAJA attorney fees, shall constitute a complete release from and bar to any and all claims Plaintiff may have relating to

/////

/////

/////

EAJA fees in connection with this action.  Any payment shall be made payable to Plaintiff's counsel as Plaintiff's assignee and delivered to Plaintiff's counsel.

This award is without prejudice to the rights of Plaintiff's counsel to seek Social Security Act attorney fees under 42 U.S.C. 406, subject to the provisions of the EAJA.

Respectfully submitted,

Dated:  August 27, 2008

/s/ Peter Brixie
PETER BRIXIE
Attorney at Law
Attorney for Plaintiff

Dated:  August 27, 2008

/s/ Gina Shin
GINA SHIN
Special Assistant U. S. Attorney
Attorney for Defendant

**ORDER**

APPROVED AND SO ORDERED

DATED: August 27, 2008.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DDad1/orders.socsec/micsa2383.stipord.attyfees